UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RODNEY B. BARNO,

                    Plaintiff,

vs.

DAVID LOPEZ, *et al.*,

                    Defendants.

Case No. 1:16-cv-00576-RRB

**ORDER DENYING IFP**
**STATUS ON APPEAL**

At **Docket 18**, the Court of Appeals referred this matter to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for Plaintiff's appeal. This Court, having fully considered the matter finds that reasonable jurists could not disagree with this Court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further. Accordingly, the appeal is frivolous or taken in bad faith.[1]

**IT IS THEREFORE ORDERED** that Plaintiff's *in forma pauperis* status is hereby **REVOKED**.

**IT IS SO ORDERED** this 30th day of August, 2016.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3); *see Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

ORDER DENYING IFP STATUS